IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Danny Ray Gainey, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 6:11-1247-TLW-KFM |
| | ) | |
| | ) | |
| Nurse R. Kelly, Nurse Nancy Hiest, and | ) | |
| Nurse Dawn Colman, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

# ORDER

Danny Ray Gainey, ("plaintiff"), brought this civil action, *pro se*, pursuant to 42 U.S.C. § 1983 on May 25, 2011. (Doc. # 1).

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Kevin F. McDonald, to whom this case had previously been assigned. In the Report, the Magistrate Judge recommends that the plaintiff's motion for a temporary restraining order be denied. (Doc. # 18). The plaintiff filed no objections to the Report.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED.**   (Doc. # 18). Therefore, the motion for a temporary restraining order is **DENIED**. (Doc. # 14).

**IT IS SO ORDERED**

_____s/Terry L. Wooten_____
United States District Judge

July 27, 2011
Florence, South Carolina

2